RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/22/15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVIS DENORRIS ARNOLD (#18706-058) | DOCKET NO. 15-CV-1726; SEC. P |
| VERSUS | JUDGE DRELL |
| UNITED STATE OF AMERICA, ET AL. | MAGISTRATE JUDGE KIRK |

ORDER OF TRANSFER

Before the Court is the civil rights complaint of Travis Denorris Arnold, filed pro se and in forma papueris on May 18, 2015. Plaintiff is an inmate in the custody of the United States Bureau of Prisons, incarcerated at the United States Penitentiary Pollock, in Pollock, Louisiana. In this suit, he names as defendants Magistrate Judge Russell A. Eliason, District Judge Thomas D. Schroeder, and FBI Agent Combs. He seeks damages for his wrongful imprisonment, and he seeks a release from custody.

The general venue statute, 28 U.S.C. §1391(b), applies to civil rights cases. Stafford v. Briggs, 444 U.S. 527, 544, 100 S.Ct. 774, 784, 63 L.Ed.2d 1 (1980). Title 28 U.S.C. §1391(b) permits venue only in the judicial district where all the defendants reside or in which a substantial part of the events or omissions giving rise to the claim occurred. Two of the named defendants are judges in the Middle District of North Carolina, and presumably reside in that state. NONE of the defendants reside in this District and, clearly, the events giving rise to Plaintiff's claims occurred in North Carolina. Venue is therefore appropriate

in the Middle District of North Carolina.

Thus, for the forgoing reasons,

IT IS ORDERED THAT the matter be **TRANSFERRED** to the United States District Court for the Middle District of North Carolina.

THUS DONE AND SIGNED this 19th day of June, 2015.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE